STATE OF NEW JERSEY v. JEFFREY L. MCMORRIS.

May 24, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT BROWN.

May 24, 1985.

Petition for certification denied.

UNION TOWNSHIP PBA LOCAL # 69 v. TOWNSHIP OF UNION.

May 24, 1985.

Petition for certification denied.

EAST BRUNSWICK BOARD OF EDUCATION v. EAST
BRUNSWICK EDUCATION ASSOCIATION.

May 24, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL C. BARRY.

May 24, 1985.

Petition for certification denied.